```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 08 B 16950
   ARNE T AALRUST
                                         CHAPTER 13

                                         JUDGE: JOHN H SQUIRES

        Debtor
   SSN XXX-XX-2082

---------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 06/30/08 .

     2.  The case was dismissed without confirmation, 10/17/2008.

---------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
---------------------------------------------------------------------------
GREEN TREE SERVICING INC  CURRENT MORTG          .00             .00           .00
GREEN TREE SERVICING INC  MORTGAGE ARRE   NOT FILED              .00           .00
UCMS                      SECURED                .00             .00           .00
UCMS                      MORTGAGE ARRE   NOT FILED              .00           .00
AMERICAN EXPRESS          UNSECURED       NOT FILED              .00           .00
FIA CARD SERVICES         UNSECURED       NOT FILED              .00           .00
CAPITAL ONE BANK          UNSECURED       NOT FILED              .00           .00
EMPRESS CASINO JOLIET CO  UNSECURED       NOT FILED              .00           .00
GMAC                      UNSECURED       NOT FILED              .00           .00
HSBC                      UNSECURED       NOT FILED              .00           .00
LEWIS UNIVERSITY          UNSECURED       NOT FILED              .00           .00
NISSAN MOTOR ACCEPTANCE   SECURED VEHIC         .00              .00           .00
        Summary of disbursements:
---------------------------------------------------------------------------
                     SECURED      PRIORITY    UNSECURED       OTHER         TOTAL
---------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00          .00          .00           .00           .00
PRINCIPAL PAID          .00          .00          .00           .00           .00
INTEREST PAID           .00          .00          .00           .00           .00
TOTAL PAID              .00          .00          .00           .00           .00
The Debtor's attorney, CHARLES R WOLF & ASSOC      , was allowed $         .00
and was paid $         .00 .

The Trustee received $         .00 .

Refunds to the Debtor totaled $         .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 01/16/09                /S/
                              GLENN STEARNS
```

CHAPTER 13 TRUSTEE

                                    PAGE   2
CASE NO. 08 B 16950 ARNE T AALRUST